**STATE of Missouri, Respondent,**

v.

**Royal J. JOHNSON, Appellant.**

**No. WD 35407.**

Missouri Court of Appeals,
Western District.

Oct. 30, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 26, 1984.

Application to Transfer Denied Feb. 26, 1985.

James W. Fletcher, Public Defender, Kansas City, Lee M. Nation, Sp. Asst. Public Defender, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before DIXON, J., Presiding, and SHANGLER and CLARK, JJ.

## ORDER

PER CURIAM:

The defendant appeals his convictions for armed robbery, Section 569.020 RSMo 1978, and armed criminal action, Section 571.015 RSMo 1978, and his court-imposed sentences as a persistent offender of twenty years for armed robbery and five years for armed criminal action. The judgments of conviction and the sentences are affirmed. Rule 30.25(b).